USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HENRY TUCKER, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

PET SUPPLIES PLUS, LLC

Defendant.

Case No. 1:18-cv-05131-RA

**STIPULATION OF DISMISSAL**

SO ORDERED

_____
Ronnie Abrams, U.S.D.J.
August 16, 2018

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
August 15, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Neil Gray, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
cgray@reedsmith.com
*Attorney for Defendant*